# * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 04/26/19   Judge: Brinkema   Reporter: A. Thomson
Time: 9:06am - 9:17am   Interpreter: Eva Desrosiers
Language: Spanish
Probation Email: ____
Jury Email: ____

## UNITED STATES OF AMERICA
    v.

Lourdes Terrazas-Silas      1:19cr127
Defendant's Name      Case Number

Cadence Mertz      Jessica Kraft/Lena Munasifi
**Counsel for Defendant:**      **Counsel for Government**

**Matter called for:**
[X] Arraignment   [ ] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing   [ ] Revocation Hearing   [ ] Docket Call   [ ] Appeal (USMC)
[ ] Other ____
Deft appeared: [X] in person [ ] failed to appear [X] with Counsel [ ] without Counsel [ ] through Counsel

**Filed in open court:**
[ ] Information [ ] Plea Agreement [ ] Statement of Facts [ ] Waiver of Indictment [X] Discovery Order

**Arraignment & Plea:**
[X] WFA   [ ] FA   [ ] PG   [X] PNG   **Trial by Jury:** [X] Demanded [ ] Waived
[X] **21** Days to file Motions with Argument on **06/07/19** at **11:00am**
[ ] Deft entered Plea of Guilty as to Count(s) ____ of the ____
[ ] Plea accepted, **Guilty Count(s)** ____
[ ] Motion for Dismissal of Count(s) ____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **06/24/19** at **10:00am** for:
[X] Jury Trial [ ] Bench Trial [ ] Sentencing [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of ____ Months heretofore imposed is REDUCED to a term of ____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of ____ months/days
#15 Deft Motion for Bond Reconsideration – argued and DENIED; magistrate decision affirmed

**Deft is:** [X] In Custody [ ] Summons Issued [ ] On Bond [ ] Warrant Issued [ ] 1st appearance

**Bond Set at**: $ ____ [ ] Unsecured [ ] Surety [ ] Personal Recognizance
[ ] Release Order Entered [X] Deft Remanded [ ] Deft Released on Bond [ ] Deft Continued on Bond