IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-cr-127 (LMB) |
| | ) | |
| LOURDES TERRAZAS-SILAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons states in open court, it is hereby

ORDERED that defendant's Motion for Reconsideration of Detention Order [Dkt. No 15] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record, the United States Probation Office, and the United States Marshals Service.

Entered this 26th day of April, 2019.

Alexandria, Virginia

/s/
_____
Leonie M. Brinkema
United States District Judge

/s/

Leonie M. Brinkema
United States District Judge