# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

LOURDES TERRAZAS-SILAS,

Defendant.

Case No. 1:19-cr-000127

Honorable Leonie M. Brinkema

## DECLARATION OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT DEPORTATION OFFICER KEVIN HO

1.      I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) in Fairfax, Virginia. I have been employed with ICE for more than ten years. I was previously employed as a Customs and Border Protection (CBP) Enforcement Officer for the U.S. Customs & Border Protection and its predecessor, the United States Immigration and Naturalization Service (INS), between April 1996 and November 2008. During that time, I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2.      From April 1996 to February 2003, I worked as an immigration inspector and was promoted to senior immigration inspector. In March 2003, my position was converted to CBP Enforcement Officer from the legacy INS. I worked in that position from March 2003 to November 2008. During that time frame, I worked at John F. Kennedy International Airport, New York, and Washington Dulles International Airport, Virginia.

3.      As part of my training, I studied the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 during my post-academy training while working at John F. Kennedy International Airport. This law enacted certain changes in the methods used by immigration officials to process removal cases, including Expedited Removal cases. This law took effect on April 1, 1997.

4.      During my time at both John F. Kennedy International Airport, New York, and Washington Dulles International Airport, Virginia, I processed hundreds of Expedited Removal cases. The normal processing procedure is to take a sworn statement from the subject, recorded on Immigration Service Form I-867A and B. The Immigration form I-860 Notice and Order of Expedited Removal is then given to the subject. The subject will be advised of the charge and then the second line supervisor will make the approval for the final order. A copy of each form is issued to the subject.

5.      On December 6, 1999, the removal of Lourdes TERRAZAS-SILAS was processed as an Expedited Removal case. On January 27, 2000, TERRAZAS-SILAS was removed from the United States. After being removed from the United States, her deportation was input into the Deportable Alien Control System (DACS).

6.      The DACS database is a legacy INS system that is no longer in use. It was replaced by the Enforce Alien Removal Module (EARM) beginning in or around Fiscal Year 2007 to Fiscal Year 2010. One of the key reasons DACS was replaced was because DACS did not always contain accurate or complete information. For example, DACS did not store any biometric information. Between Fiscal Years 2007 and 2010, previously closed immigration cases were migrated into the EARM system. TERRAZAS-SILAS was one of those cases.

7.      In Exhibit E of the Defendant's Motion To Dismiss the Indictment, there is a reference to an immigration data entry event dated May 29, 2001. This record appears to be a historical fingerprint enrollment entered into the system after the original date of the encounter or apprehension for watchlist purposes only. There are no information or records that establish a new immigration arrest or encounter occurring on May 29, 2001. If there had been an arrest or encounter by INS on or about May 29, 2001, there would be documents verifying that arrest or encounter, but none exist. The "Activity Organization" section indicates "DHS-US-VISIT-BSC." This shows that the fingerprint from the previously closed case was being uploaded as a potential alert or watchlist if the subject came back to the United States. The following page in Exhibit E

shows the actual arrest on December 1999.  Here, the "Activity Organization" line states "DHS - APPREHEND."

8.      In the Government's Exhibit 3, an EARM document, there is an "encounter" on July 13, 2007, noted under an "Event Number" of "UNK00120008099."  That encounter reflects a DACS migration to EARM.  Government's Exhibit 4 reflects that additional updates were made on September 3, 2007, by an ICE contractor, and that on May 24, 2008, there was another DACS migration to EARM update.  Government's Exhibit 5 reflects a DACS migration to EARM update on May 25, 2008.  As above, if there had been an arrest or encounter by immigration officials on or about any of these dates, there would be documents verifying that arrest or encounter, but none exist.

9.      Government's Exhibit 6 reflects additional database updates were made on November 18, 2004 and February 24, 2008.  Government's Exhibit 6 is a person query, also known as a "lookout."  The November 18, 2004 dates are the dates when the remarks regarding the previous Expedited Removal of TERRAZAS-SILAS were entered.  These queries are standard for every alien file and do not reflect an encounter.  The February 24, 2008 date likely reflects an update to the person query, but the nature of the update is not clear.  Because the focus on this person query is her January 27, 2000 removal, this document does not reflect any subsequent encounter with the defendant.

10.     A full review of immigration databases, records, and TERRAZAS-SILAS's Alien Registration file show that the only immigration encounters with TERRAZAS-SILAS occurred on or around December 5, 1999, August 19, 2016, and April 4, 2019.

Date: 5/31/19

Kevin Ho
Deportation Officer
United States Immigration and Customs
Enforcement

# EXHIBIT 2

**U.S. Department of**

Immigration and Naturalization Service

**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Office:     San Ysidro, Port of Entry                                                                            File No:     A78 110 074

Statement by:          TERRAZAS-Siles, Lourdes

In the case of:          TERRAZAS-Siles, Lourdes

Date of Birth:          September 29, 1979                                                     Gender (circle one):   Male  (Female)

At:      San Ysidro, California                                                                          Date:     December 6, 1999

Before:          Immigration Inspector R. Sorges SDP

(Name and Title)

In the          Spanish          language.  Interpreter     R. Sorges II SDP          Employed by.          U.S. IN&S

I am an officer of the United States Immigration and Naturalization Service. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Immigration and Naturalization Service to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Immigration and Naturalization Service.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I've said to you?

A: Yes.

Q. Do you have any questions?

A: No.

Q. Are you willing to answer my questions at this time?

A: Yes.

Page  1  of  3

LTS
1-867A (4-1-97)

U.S. Department of Justice

Immigration and Naturalization Service

**Jurat to Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Q. Do you swear or affirm that all the statements you are about to make are true and complete?

A: Yes.

Q. What is your true and correct name?

A: Lourdes TERRAZAS-Siles.

Q. What is your date of birth?

A: The ████████████████

Q. In what City, State and Country were you born?

A: Cochabamba, Bolivia.

Q. Of what country are you a citizen?

A: Bolivia.

Q. Of what country is your mother a citizen?

A: Bolivia.

Q. Of what country is your father a citizen?

A: Bolivia.

Q. When did you attempt to enter the United States?

A: Yesterday. (December 5, 1999)

Q. What means of transportation did you use to attempt to enter the United States?

A: On foot.

Q: Was there anyone else with you?

A: Yes, a man named Beto, who came with me from Bolivia.

Q: What type of document did you present to the Officer?

A: A passport.

Q: How did you obtain the passport?

A: The man named Beto gave it to me in Bolivia.

Q: How much did you pay him?

A: I paid him $1500.00 dollars in Bolivia and after I returned to Bolivia I was to pay him $4500.00 dollars more.

Q. Did you know it is illegal to present a document not lawfully issued to you?

A: Yes.

Page 2 of 3

LTS

1-867B (4-1-97)

Q. Do you have or have you ever had a legal document allowing you to enter or reside in the United States?

A: No.

Q. Do you have an application/petition pending with the Immigration and Naturalization Service?

A: No.

Q. Have you ever been excluded, removed, or deported from the United States?

A: No.

Q. Have you ever lived in the United States?

A: No.

Q: Where do you live?

A: In a ranch in Tarata Arbieto, Bolivia.

Q. Why did you leave your home country or country of last residence?

A: I want to go visit my uncle in Virginia.

Q: How long did you plan to stay in the United States?

A: Ten days.

Q. Where did you intend to go in the United States?

A: To Virginia

Q: Are you married and do you have children?

A: No.

Q: Do you have any fear or concern about being returned to your home country or being removed from the United States?

A: No, I am a student.

Q. Would you be harmed if you are returned to your home country or country of last residence?

A: No.

Q. Do you have any questions or is there anything else you would like to add?

A: No. I just want to find the man who left.

I have read (or have had read to me) this statement, consisting of three pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections noted on page(s) _____).

Signature: _____

LTS
I-867B (4-1-97)

US-000013

Sworn and subscribed to before me at     San Ysidro, California

on    December 6, 1999

Immigration Inspector R. Sorges SDP
Officer, United States Immigration and Naturalization Service

Witnessed by:    Immigration Inspector S. Matias SDP

---

## Certificate of Translation

This written sworn statement ☒ **was** ☐ **was not** read to the alien in the Spanish language, which is his/her native language or a language which he/she understands.

December 6, 1999
Date

Signature

R. Sorges II SDP
Printed Name and Title of Translator

I-867B (4-1-97)

# EXHIBIT 3

# EARM

Logged In: TFJ5532A |

Person ID: 3448315  Sex: F  DOB:          Current Age: 36  COB: BOLIV  COC: BOLIV
Subject ID:          Processing Disposition: Expedited Removal (I-860)  RCA Look-Up
Case # : 4699802  Case Category: [8F]  Docket: SND - Closed Docket
Final Order of Removal: No      Time in Custody: N/A            Special Class:
Final Order Date: N/A           Depart / Cleared Status: 8-
Proceed With Removal: N/A       Excluded/Removed -
Days Final Order in Effect: N/A  Inadmissibility

**Current / Active Alerts**

Detention History



No Photo

## Terrazas-Silas, Lourdes 078 110 074

## Encounter Details

Encounters linked to Person ID: 3448315

|   | Subject ID | A-Number | Last Name | First Name | COC | Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|
| ◉ |  | 078110074 | TERRAZAS-SILAS | LOURDES | BOLIV |  |  | 07/13/2007 | 4699802 | 8F |

**Encounter Details** All information below may only be edited in EAGLE

### Event / Incident Information

Event Number: UNK0012008099     Operation: **N/A**              Primary Agent: **N/A**
Event Occurred On: **12/06/1999**  Site: **N/A**                 Assigned On:
Event Type: **Unknown**           Landmark: **N/A**              Event Supervisor: **N/A**
                                                                Assigned On:

### Subject Information

FINS: **N/A**                     Priority: **N/A**                          Role: **P**
A-Number: **078 110 074**         Criminal Type: **N/A**                     Role Comment: **N/A**
Control Name: **TERRAZAS-SILAS**  Agg Felon: **No Aggravated Felony Convictions**  Processing Disposition: **Expedited Removal (I-860)**
First Name: **LOURDES**           Primary Citizenship: **BOLIVIA**
Middle Name: **N/A**              Hair: **N/A**                              INS Status: **N/A**
Maiden: **N/A**                   Eyes: **N/A**                              POE: **N/A**
Nickname: **N/A**                 Complexion: **N/A**                        Entry Date: **N/A**
Living?: **N/A**                  Race: **N/A**                              Entry Class: **N/A**
Sex: **F**                        Origin: **N/A**                            Apprehension Date: **1999-12-06 00:00:00.0**
Transgender: **N/A**              Date of Birth:                             Site: **N/A**
Marital Status: **Single**        Age: **36**                                Landmark: **N/A**
SSN: **N/A**                      Age at Encounter: **N/A**                  Arrest At/Near: **SYS/POE**
Juvenile Verified: **N/A**        Height: **N/A**                            Juvenile Status: **N/A**
Occupation: **N/A**               Weight: **N/A**                            Accompanying Family Member Relation: **N/A**
                                                                             Accompanying Family Member Subject ID: **N/A**
                                                                             Consequence Delivery System Selection: **N/A**

### I-213 Narrative

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |
Release EARM 5.25

https://earm.ice.dhs.gov/earm/showEncounter.do                    8/19/2016

# EXHIBIT 4

| No Mugshot | EID Subject ID | ▮▮▮▮▮▮ |
|------------|----------------|--------|
|            | Last Name      | TERRAZAS-SILAS |
|            | First Name     | LOURDES |
|            | Citizenship    | BOLIV |
|            | Alien Number   | 078110074 |

**Middle Name:** N/A

**Maiden Name:** N/A

**Nickname:** N/A

**Date of Birth:** ▮▮▮▮▮▮   **Age:** N/A

**Height:** N/A   **Weight:** N/A

**Gender:** F   **Hair:** N/A

**Eye:** N/A   **Complexion:** N/A

**Race:** N/A   **Origin:** N/A

**Marital Status:** S

-------------

**Rank:** 1   **Role:** P

**Role Comment:** N/A   **Citizenship:** BOLIV

**Country of Birth:** BOLIV   **FINS:** N/A

**Alien Number:** 078110074   **SSN:** N/A

**TECS Subject #:** N/A

-------------

**Criminal Type:** N/A

**Sex Offender?** N/A   **Other Criminal History?** N/A

**Current Status:** N/A

**Armed:** N   **Assault:** N

-------------

# Identifying Numbers

-------------

No Identifying Numbers.

-------------

# Alias

-------------

No Aliases.

-------------

# Entries

-------------

No Entries.

-------------

# Addresses

-------------

**Type:** N/A

From Date: N/A   To Date: N/A
Street1: N/A
Street2: N/A
Street3: N/A
Apt: N/A   PO Box: N/A
City: N/A   State: N/A   Zip: N/A   Country: N/A

------------

# Phone Numbers

------------

No Phones.

------------

# Record Checks

------------

No Record Checks.

------------

# Arrest

------------

Date: 1999-12-06T00:00:00   Method: O   Immigration Status: D   Disp. Read By: B
Arresting Agency
Apprehending Agent
Site: N/A
Gang Code: N/A   Gang Membership Type: N/A   Prior Deport: N/A
Rescued Hostage: N/A   Discrestionary Release: N/A
Non-Immigration Offense: N/A   Laws Degree: N/A

------------

# Charges/Allegations

------------

Charge Date: 1999-12-06T00:00:00   Degree: N/A   Disp: N/A
Statute Text: Section 212(a)(6)(C)(i) of the Immigration and Nationality Act (Act), as amended, in that you are an alien who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has sought to procure or has procured) a visa, other documentation, or admission into the United States or other benefit provided under this Act.

------------

# Narratives

------------

No Narrative.

------------

# Parents

------------

No Parents Information.

------------
# Family
------------

**Marital Status: S**
**US Family Details:**
N/A
**Number and Nationality of Minor Children:**
N/A
**Family Health Description:**
N/A
**Type: N/A   Claimed/Verified: N/A**
**Last Name: N/A   First Name: N/A   Middle Name: N/A**
**Born in: BOLIV   Citizenship: BOLIV**
**Date Of Birth:** ▓▓▓▓▓▓▓ **Age: N/A   Alien Number: 078110074**
**INS Status: N/A   Gender: F   Living: N/A**

------------
# Employment
------------

**Occupation: N/A   Employer: N/A**
**Type: N/A   From: N/A   To: N/A**
**Salary Begin: N/A   End: N/A   Wage Type: N/A   Rate: N/A**
Employer Contact Information
**Comment: N/A**
**Street 1: N/A**
**Street 2: N/A**
**City: N/A   State: N/A   Zip: N/A   County: N/A**

------------
# Scars/Marks
------------

No Scars/Marks Information.

------------
# Attorneys
------------

No Attorneys Information.

------------
# Subject Changes
------------

**Update By: EADM_MIG   Update Date: 2007-07-13T16:46:40**
**Journal Data: Added New Alert Code = O**

Alert Comment = DACS Data
**Update By:** TIERNO, STEPHANIE   **Update Date:** 2007-09-03T06:19:17
**Journal Data:** Un-tracked Subject Data Change.


**Update By:** EARM_MIG   **Update Date:** 2008-05-24T20:34:04
**Journal Data:** Processing Disposition: null ==> ER

# EXHIBIT 5

EARM

Logged In: TFJ5532A |

| Person ID: 3448315  Sex: F  DOB: | Current Age: 36  COB: BOLIV  CCC: BOLIV |
|---|---|

Subject ID: ____  Processing Disposition: Expedited Removal (I-860)  RCA Look-Up

Case # : 4699802  Case Category: [8F]  Docket: SND - Closed Docket

| Final Order of Removal: No | Time in Custody: N/A | Special Class: |
| Final Order Date: N/A | Depart / Cleared Status: 8- | |
| Proceed With Removal: N/A | Excluded/Removed - | |
| Days Final Order in Effect: N/A | Inadmissibility | |

**Current / Active Alerts**

Detention History



No Photo

## Terrazas-Silas, Lourdes 078 110 074

## Case Summary

### Case Details

Case Category: **[8F] Expedited Removal**

Final Order of Removal: **No**

Final Order Date: **N/A**

Are there reasons that prevent removal of the alien at this time? **N/A**

Reason preventing removal: **N/A**

Cleared-Depart Status: **8-Excluded/Removed - Inadmissibility**

Aggravated Felon: **No Aggravated Felony Convictions**

Mandatory Detention: **No**

Special Classes:

Last Updated By: **EARM_MIG**

Last Update: **05/25/2008**

EOIR Search

### Important Case Dates

| Entry Date: | N/A |
|---|---|
| Apprehension Date: | 12/06/1999 |
| Case Creation Date: | 12/06/1999 |
| Charging Document Issued : | N/A |
| Charging Document Served : | N/A |
| A-File to Trial Attorney: | N/A |
| Initial Book-in: | 12/06/1999 |
| Last Book-in: | 12/06/1999 |
| Final Book-out: | 01/27/2000 |
| Last Custody Review: | N/A |
| Travel Document Requested: | 12/29/1999 |
| Case Closed: | 02/11/2000 |

### Docket Assignment

DCO: SND - SAN DIEGO, CA
Docket Name: Closed Docket

### Case Call-ups

Nothing found to display.

Hide Completed call-ups in listing

### Encounters Included in Case File

| | A-Number | Subject ID | Last Name | First Name | COB | Age | Entry Date | Apprehended | Disposition | Primary |
|---|---|---|---|---|---|---|---|---|---|---|
| 🔍 | 078110074 | | Terrazas-silas | Lourdes | BOLIV | | | 12/06/1999 | Expedited Removal (I-860) | ☆ |

### Administrative and Criminal Immigration Charges

| Charged | Section | DACS | Description | Disposition |
|---|---|---|---|---|
| 12/06/1999 | 212a6Ci | I6C1 | FRAUD OR WILLFUL MISREPRESENTATION | Sustain |

https://earm.ice.dhs.gov/earm/earm/cases/summary/showCaseSummary.do

8/19/2016



## Additional Charges of Inadmissibility/Deportability (I-261)

Nothing found to display.

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

Date Case Closed: 02/11/2000

Depart-Cleared Status: 8-Excluded/Removed - Inadmissibility

Date Departed: 01/27/2000

Port Departed: LOS ANGELES, CA

Departure Country: BOLIVIA

Expense Code: 1-ICE/Agency

Alien was removed with the following biographical information:

A-Number: 078110074

Name: TERRAZAS-SILAS, LOURDES

DOB:

COB: BOLIVIA

COC: BOLIVIA

Comments:

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---------|---------|------|-------------|-------------|--------------|
| 12/06/1999 | 212a6Ci | I6C1 | FRAUD OR WILLFUL MISREPRESENTATION | Sustain | X |

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |

Release EARM 5.25

R 6 /

# EXHIBIT 6



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query**

04/04/2019 01:13 AM EDT

Generated By: JOSH HUFF

Page 2 of 4

TECS RECORD ID: ███████

| | | |
|---|---|---|
| Tecs Record ID: ███████ | **Entry Date** 01/27/2000 | **Update Date** 02/24/2008 |

| Record Status | | Category |
|---|---|---|
| █ - SUSPECT, ALIEN | | |

**Query Notification:**
█ - No notification

| Primary Action: | Start Date: | Stop Date: |
|---|---|---|
| █ - REFER TO IMMIGRATION | | |

| Last Name | First Name | Middle Name |
|---|---|---|
| TERRAZAS SILAS | LOURDES | |

**Alias (3)**

| No. | Alias - Last Name | Alias - First Name | Alias - Middle Name | Alias Type |
|---|---|---|---|---|
| 1 | SILAS | LOURDES | | SYSTEM |
| 2 | TERRAZAS | LOURDES | | SYSTEM |
| 3 | TERRAZASSILAS | LOURDES | | SYSTEM |

| Approval Status | Hispanic Indicator: |
|---|---|
| | U - UNKNOWN |

| Date of Birth (1) | Race (0) | Gender (1) |
|---|---|---|
| 1) ██████ (39 years old) | | 1) FEMALE |

| Selectee Indicator: |
|---|
| N |

**REFERENCE INFORMATION (4)**

| No. | Date | Remarks |
|---|---|---|
| 1 | 11/18/2004 | COUNTRY OF BIRTH: BOLIV<br>DATE OF ENTRY INTO THE COUNTRY: 12/06/1999<br>PORT OF ENTRY INTO THE COUNTRY: SYS |
| 2 | 11/18/2004 | DATE DEPARTED FROM US: 01/27/2000<br>PORT DEPARTED FROM: LOS<br>COUNTRY DEPORTED TO: BOLIV |
| 3 | 11/18/2004 | FINAL CHARGE CODE: 16C1 - ZZ212A6CI WILLFUL MISREPRESENTAT<br>CLASS OF ENTRY: ER<br>EXPENSE DESCRIPTION: INS |
| 4 | 11/18/2004 | DATE CASE WAS CLOSED: 02/11/2000 |

For Official Use Only / Law Enforcement Sensitive

R / 67