# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:19-cr-127 |
| v. ) | |
| ) | |
| LOURDES TERRAZAS SILES, ) | |
|    Defendant. ) | |
| ) | |

### ORDER

Upon consideration of the Consent Motion to Continue Motions Hearing, and for good cause shown, it is hereby:

ORDERED that said Motion is GRANTED, and the motions hearing shall be continued to July 5, 2019 at 11:00 a.m.; and it is

FURTHER ORDERED that, if needed, a status conference will follow immediately after the motions hearing; and it is

FURTHER ORDERED that the Clerk's Office shall forward a copy of this Order to all counsel of record.

Date: June 4, 2019

/s/ _____
Leonie M. Brinkema
United States District Judge