IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> LOURDES TERRAZAS-SILAS, ) <br> ) <br> Defendant. ) | 1:19-cr-127 (LMB) |

## ORDER

On June 4, 2019, the Court granted defendant's uncontested motion to continue the hearing on defendant's pending motion to dismiss the indictment to July 5, 2019; however, that date is after June 24, 2019, when the jury trial in this case is currently set to take place. The parties have agreed that because the additional period allows for supplemental briefing on defendant's motion to dismiss the indictment, that time is excludable for purposes of the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(D) (excluding from the computation "[a]ny period of delay resulting from other proceedings concerning the defendant, including . . . from any pretrial motion"). Accordingly, it is hereby

ORDERED that the jury trial scheduled for June 24, 2019 be and is CANCELLED. The trial date will be reset at a status conference to be held in the event defendant's motion is denied. See Dkt. No. 25, at 2 ("The parties propose . . . a status conference to follow if the defense Motion is denied.").

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of June, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge